

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Sherry J. Bailey

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

The TJX Companies, INC.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. PX 20 cv 3204

*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Sherry J. Bailey |
   | Street Address | 5010 Wheeler Rd |
   | City and County | Oxon Hill, Prince George's |
   | State and Zip Code | Maryland, 20745 |
   | Telephone Number | 301-806-3916 |
   | E-mail Address | icastarnu@comcast.net |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | The TJX Companies, INC |
   | Job or Title (if known) | |
   | Street Address | 770 Cochituate Road |
   | City and County | Farmingham, Middlesex |
   | State and Zip Code | Massachusetts, 01701 |
   | Telephone Number | 508-390-1000 |
   | E-mail Address (if known) | |

Defendant No. 2

Name _____
Job or Title _____
(if known)
Street Address _____
City and County _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____
(if known)

Defendant No. 3

Name _____
Job or Title _____
(if known)
Street Address _____
City and County _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____
(if known)

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)*

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | T.J. Maxx |
| Street Address | 15530 Annapolis Rd |
| City and County | Bowie , Prince George's |
| State and Zip Code | Maryland, 20715 |
| Telephone Number | 301-860-1040 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [x] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Other federal law *(specify the federal law)*:

    _____

- [ ] Relevant state law *(specify, if known)*:

    _____

- [ ] Relevant city or county law *(specify, if known)*:

    _____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Statement of claim

Statement of Claim

Plaintiff is entitled to damages and other relief sought, because of the race discrimination that resulted in her wrongful termination,
 causing the plaintiff emotional, mental, psychological, and financial damage.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) May, 10, 2019, June 14, 2019, July 8, 2019, July 29, 2019, July 31, 2019

C. I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race African American
- ☑ color Brown Skin (Black)
- ☑ gender/sex female
- ☐ religion _____
- ☐ national origin _____
- ☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)* _____

5

E. The facts of my case are as follows. Attach additional pages if needed.

Attached Pages 1-2

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

January 30, 2020

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.
☑ issued a Notice of Right to Sue letter, which I received on *(date)* August 11, 2020.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

The facts of my case

The facts of my case are as follows:

The Planitiff, Sherry J. Bailey, sues the defendants The TJX Companies INC. In support, plantiff states as follows:

1. Plaintiff Sherry J. Bailey resides at 5010 Wheeler, Oxon Hill, Maryland.

2. Defendant The TJX Companies, INC resides at 770 Cochituate Road, Farmingham, Massachusetts.

3. The Plantiff is an African-American female citizen of the United States and a resident of the state of Maryland. Plantiff was employed with TJX Companies INC as a store manager for five and a half years until she was terminated on July 31, 2019.

4. On January 30, 2020, the plaintiff made a charge of Discrimination was filed with the Equal Employment Opportunity Commission ("EEOC") alleging racial discrimination.
   On August 4, 2020 a Notice of Right to Sue letter was issued by the EECO, a copy of which is attached hereto as Exhibit "A & B ".

5. During the plaintiff last three months at TJX Companies, INC ,Defendants created an environment which encouraged and fostered a hostile work environment for
   the plaintiff due to her race. In May 2019, Robert (Bob) Bandanza became the plaintiff's new district manager. Mr. Bandanza frequently treated the plaintiff
   in a disrespectful manner and refused to allow her to make decisions or give direction to her staff, including Operations Manager, Hira Booth (Caucasian).
   Mr. Bandanza allowed Ms. Booth to go outside her chain of command and change the schedule to benefit herself even though it was the plaintiff's job
   duty to create the schedule. When the plaintiff complained to Mr.Bandanza that he was not allowing her to perform her duties, and not giving her the
   support to do so, Mr. Bandanza ignored her concerns. The plaintiff began forwarding and including her concerns to the regional staff. In June, the day
   the plaintiff was leaving for vacation,  Mr. Bandanza issued the plaintiff a written warning for failing to establish clear goals and asked her to think about
   her job while she was on vacation. Attached Exhibit " C, D, E, F "

6. On July 8th the plaintiff emailed Mr. Bandanza and the regional staff that Ms. Booth had wrote a life threatening message in the managers communication
   log, to their new assistant manager Durrel Jennings, threatening to kill him. The plaintiff stressed that she felt physically unsafe as well, and requested
   that Ms. Booth be terminated or at least transfered to another store. Mr. Bandanza came to the store and after meeting with Ms. Hira, he met with
   the plaintiff stating, he heard she had forged someone's signature, and he then went on to accuse the plaintiff of not telling the truth about it.
   Attached Exhibit " G, H, I"

7. On July 29, 2019 the regional manager Rashanna Jackson held an assimilation meeting

Page 1

The facts of my case

with Mr. Bandanza and his district store managers from several stores.

At the meeting Ms. Jackson stated that all managers could express their concerns about Mr. Bandanza and there would be no retaliation. At the meeting

the plaintiff and two other African-American female managers raised concerns that TJX Companies and Mr. Bandanza were not supporting them as it related

to their assistant managers and allowing them as store managers to do thier jobs. Specifically, three black female managers, including the plaintiff, told

Mr. Bandanza that they felt he did not respect them and was not supporting them, as compared to their white counterparts. In response, Mr. Bandanza

became extremely defensive. As a result of the plaintiff's good faith complaints and oppostion to race discrimination and racial harassment, the defendant

retaliated against the plantiff, and on July 31, 2019 the plaintiff's first day back to work after the assimilation meeting , Mr. Bandanza came to the store

and terminated the plaintiff with false claims of misconduct. Proof the Maryland Department of unemployment did not agree that the plantiff was terminated

for misconduct. Attached Exhibits " J,K,L"

V.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Award actual damages, including appropiate amounts of back pay and front pay and the money lost from a bonuses

   award $2,000,000

2. Award compensatory for race discrimination retaliatory discharge, wrongful termination, and hostile work environment

   amount $4,000,000

3. Award costs and reasonable attorney amount  $50,000

4. Grant any and all appropriate relief, which the court deems necessary and appropriate

Untitled

Wherefore: All verifiable facts and proof plaintiff has submitted in this case complaint, plaintiff is entitled to
the relief she seeks for the damages she suffered in violation of her rights through racial discrimination and
wrongful termination.

Plaintiff also repectful request that this court accord her a jury trail and to amend the complaint as needed.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-6, 2020

Signature of Plaintiff: *Sherry J Bailey*
Printed Name of Plaintiff: Sherry J. Bailey

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
E-mail Address  _____

8